148

■

PIEDMONT COTTON MILLS, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 11512.

United States Court of Appeals
Fifth Circuit.

Oct. 12, 1949.

W. A. Sutherland, Atlanta, Ga., Mallory R. Smith, Washington, D. C. for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Abbott M. Sellers, Ellis N. Slack, Robert N. Anderson, Fred E. Youngman, Sp. Assts. to Atty. Gen., Chas. Oliphant, Chief Counsel, Bur.Int.Rev., Washington, D.C., Bernard D. Daniels, Sp. Atty., Washington, D.C., for respondent.

Before HUTCHESON, McCORD, and SIBLEY, Circuit Judges.

PER CURIAM.

Careful consideration of the claim petitioner makes, that this case on its facts is sufficiently different from the case of Virginian Hotel Corporation v. Helvering, 319 U.S. 523, 63 S.Ct. 1260, 87 L.Ed. 1561, 152 A.L.R. 871, on which the Tax Court relied, to deprive that case of binding force here, convinces us that its point is not well taken, and that the judgment of the Tax Court should, therefore, be affirmed.

■

William Edward ALRED, Appellant, v.
James V. BENNETT, Director, Bureau
of Prisons, et al.

No. 12756.

United States Court of Appeals
Fifth Circuit.

Oct. 25, 1949.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES and SIBLEY, Circuit Judges.

PER CURIAM.

A careful consideration of the judgment in this case in the light of the record leaves us in no doubt that the appeal is without merit. The judgment is affirmed.